■ In the Matter of THE TRAVELERS INDEMNITY COMPANY, Respondent, v KATRINA ARMSTEAD et al., Respondents. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Additional Respondent-Appellant, et al., Additional Respondents. [933 NYS2d 864]—

Petitioner concedes that the court lacked jurisdiction over State Farm (*see Matter of American Tr. Ins. Co. [Carillo]*, 307 AD2d 220 [2003]; *Matter of Allstate Ins. Co. v Perez*, 157 AD2d 521 [1990]). Accordingly, the court improperly considered the merits of the petition. Concur—Tom, J.P., Moskowitz, Richter, Abdus-Salaam and Román, JJ.